In the Matter of the Claim of IRA THOMPSON, Respondent, against A. MILLS SCRAP METALS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of VINCENT VENTRESCO, Appellant, against PERINI & SONS et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of LEO VAN BECK, Respondent, against ALLIED CLEANING CONTRACTORS, INC., et al., Appellants, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of WILLIAM SAUNDERS, Respondent, against ALLIED CLEANING CONTRACTORS, INC., et al., Appellants, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of HARRY DEBREE, Respondent, against ALLIED PNEUMATIC SERVICE COMPANY et al., Appellants, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of WALTER B. THOMAS, Respondent, against FISHER BODY CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—